**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INNERCAP TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 26-488-JLH |
| v. | ) |
| | ) |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by Defendant Walmart Inc.

("Walmart") and Plaintiff Innercap Technologies, Inc. ("Innercap") subject to the

approval of the Court, that the deadline for Walmart to answer, move or otherwise

respond to the Complaint for Patent Infringement (D.I. 1) in this action is extended

from May 19, 2026, through and including July 6, 2026.

FARNAN LLP

By:  */s/ Michael J. Farnan*
      Brian E. Farnan (#4089)
      Michael J. Farnan (#5165)
      919 N. Market St., 12th Floor
      Wilmington, DE 19801
      Tel: (302) 777-0300
      bfarnan@farnanlaw.com
      mfarnan@farnanlaw.com

*Attorneys for Plaintiff INNERCAP
Technologies, Inc.*

Dated: May 13, 2026
12921820 / 21755.00138

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
      Bindu A. Palapura (#5370)
      Peter T. Sabini (#7655)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      bpalapura@potteranderson.com
      psabini@potteranderson.com

*Attorneys for Defendant Walmart Inc.*

**IT IS SO ORDERED**, this _____ day of May, 2026.

_____
The Honorable Jennifer L. Hall

2